**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| WILLIAM MELSON, | : | No. 189 MM 2015 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| PA. BOARD OF PROBATION AND PAROLE, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of February, 2016, the Petition for Leave to File a Notice of Appeal and Jurisdictional Statement *Nunc Pro Tunc* is **DENIED**.

    Mr. Justice Eakin did not participate in the consideration or decision of this matter.